*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

ALLEN PARK RETIREES ASSOCIATION, INC., and RUSSELL PILLAR, on behalf of himself and others similarly situated,

Plaintiffs-Appellants,

v

CITY OF ALLEN PARK and JOYCE A. PARKER,

Defendants-Appellees.

FOR PUBLICATION
August 13, 2019

No. 341567
Wayne Circuit Court
LC No. 14-003826-CZ

Before: SAWYER, P.J., and CAVANAGH and SERVITTO, JJ.

SERVITTO, J. (*concurring*).

I concur in the result only.

/s/ Deborah A. Servitto

-1-